# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **08 CR 646** JUDGE MORAN | Sitting Judge If Other than Assigned Judge | MAGISTRATE JUDGE COX *or* Magistrate Judge Mason |
|---|---|---|---|
| CASE NUMBER | 08 GJ 1087 | DATE | August 13, 2008 |
| CASE TITLE | US v. TIGRAN TOMBULYAN | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

The Grand Jury for the ___SPECIAL MARCH 2007___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

*RECEIVED AUG 13 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

DOCKET ENTRY:

**TO ISSUE BENCH WARRANT; THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE SECTION 3142. DEFENDANT IS A FUGITIVE.**

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff
- Notified counsel by telephone
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials / Date/time received in Central Clerk's office

Number of notices / Date docketed / Docketing dpty. initials / Date mailed notice / Mailing dpty. initials / DOCKET#